210B (04/10)

# United States Bankruptcy Court

Eastern District of Missouri
Case No. 11-40766
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Louis P Rohrer<br>263 Windy Acres Estate Dr<br>Ballwin MO 63021 | Gloria D Rohrer<br>263 Windy Acres Estate Dr<br>Ballwin MO 63021 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, a Transfer of Claim Other than for Security was filed in the clerk's office of this court on 04/22/2014.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 18: CitiMortgage, Inc., P.O. Box 6030, Sioux Falls SD 57117-6030 | Green Tree Servicing, LLC<br>PO BOX 0049<br>Palatine, IL 60055-0049 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/24/14

Dana C. McWay
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Missouri

In re:
Louis P Rohrer
Gloria D Rohrer
    Debtors

Case No. 11-40766-bss
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0865-4     User: schm     Page 1 of 1     Date Rcvd: Apr 22, 2014
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2014.
8873982      CitiMortgage, Inc.,   P.O. Box 6030,   Sioux Falls SD 57117-6030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                 TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2014                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2014 at the address(es) listed below:
           Andrew R Magdy     on behalf of Debtor Gloria D Rohrer magdyecf@gmail.com;ecf.stlouis@gmail.com
           Andrew R Magdy     on behalf of Debtor Louis P Rohrer magdyecf@gmail.com;ecf.stlouis@gmail.com
           John V. LaBarge, Jr     standing_trustee@ch13stl.com, trust33@ch13stl.com
           Nichlas P. Spallas     on behalf of Creditor    InSolve Recovery, LLC bknotices@crgofusa.com
           Office of U.S. Trustee     USTPRegion13.SL.ECF@USDOJ.gov
           William Thomas Holmes     on behalf of Creditor    CitiMortgage Inc bkty@msfirm.com
                                                                                                                     TOTAL: 6